

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-17-00220-CR

| | | |
|---|---|---|
| YUSEF AZIZ DOVE, Appellant | § | On Appeal from the 396th District Court |
| | § | of Tarrant County (1310607D) |
| V. | § | October 18, 2018 |
| | § | Opinion by Justice Meier |
| THE STATE OF TEXAS | § | (nfp) |

**JUDGMENT**

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court adjudicating guilt is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bill Meier
        Justice Bill Meier